IN THE UNITED STATES BANKRUPTCY COURT
FOR THE KANSAS

IN RE:

Marlonda Marie Davis

Debtor,   Case No: 15-20523-13

## NOTICE OF ALLOWED CLAIMS AND CLASSIFICATION

NOTICE is given that the claims listed have been filed and allowed pursuant to 11 U.S.C.§502 (a). The claim amount and classification listed are pursuant to the confirmed Plan and Orders of the Court as determined by the Trustee. In addition, the debtor's attorney will be paid $4,006.32 through the Plan.

Disbursements of Plan funds to creditors listed and classified has or will commence pursuant to the confirmed Plan and Orders of the Court. Unless an **objection to claims** together with a Notice of Hearing is filed with the Clerk of the Bankruptcy Court on or before April 21, 2016, the claims will be paid as allowed and classified on the following list without further notice.

s/W.H. Griffin, Chapter 13 Trustee
W.H. Griffin #8060
5115 ROE BLVD
SUITE 200
ROELAND PARK, KS  66205-2393
(913)677-1311
(913)432-7857(Fax)

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that the Debtor and Debtor's Attorney will be served either electronically or via U.S. mail.

s/W.H. Griffin, Chapter 13 Trustee
W.H. Griffin #8060
5115 ROE BLVD
SUITE 200

Marlonda Marie Davis            ROELAND PARK, KS  66205-2393
641 S 71st Ter, # 1             (913)677-1311
Kansas City, KS 66111           (913)432-7857(Fax)

| Claim # | Creditor Name and Address | Claim Amount | Interest Rate | Percent to be Paid |
|---|---|---|---|---|
| 1 | KANSAS DEPARTMENT OF REVENUE<br>ATTN: CTE/BANKRUPTCY UNIT<br>PO BOX 12005<br>TOPEKA, KS 66612-2005<br>Classified as: PRIORITY | $246.62<br><br>Monthly Payment: $0.00<br><br>2010 - 2014 INCOME TAXES/AMD | 0.00 | 100.00 |
| 2 | QUANTUM3 GROUP<br>PO BOX 788<br>KIRKLAND, WA 98083-0788<br><br>Classified as: UNSECURED | $517.50<br><br>Monthly Payment: $0.00<br><br>ACE CASH EXPRESS | 0.00 | 0.00 |
| 3 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317<br><br>Classified as: PRIORITY | $2,585.96<br><br>Monthly Payment: $0.00<br><br>2011-2014 INCOME TAX/AMD2XS(N | 0.00 | 100.00 |
| 4 | BOARD OF PUBLIC UTILITIES<br>540 MINNESOTA<br>KANSAS CITY, KS 66101<br><br>Classified as: UNSECURED | $112.11<br><br>Monthly Payment: $0.00<br><br>UTILITIES | 0.00 | 0.00 |
| 5 | SPRINT CORP<br>ATTN: BANKRUPTCY DEPT<br>PO BOX 3326<br>ENGLEWOOD, CO 80155-3326<br>Classified as: UNSECURED | $1,162.04<br><br>Monthly Payment: $0.00<br><br>SERVICES PROVIDED | 0.00 | 0.00 |
| 6 | CREDITORS SERVICE BUREAU<br>3410 SW VAN BUREN<br>PO BOX 5009<br>TOPEKA, KS 66605-0009<br>Classified as: UNSECURED | $217.43<br><br>Monthly Payment: $0.00<br><br>PREMIER PLASTIC SURGERY | 0.00 | 0.00 |
| 7 | ST LUKES HOSPITAL OF KC<br>4401 WORNALL ROAD<br>KANSAS CITY, MO 64111-3241<br><br>Classified as: UNSECURED | $48,636.24<br><br>Monthly Payment: $0.00<br><br>SERVICES PROVIDED | 0.00 | 0.00 |

| Claim # | Creditor Name and Address | Claim Amount | Interest Rate | Percent to be Paid |
|---|---|---|---|---|
| 8 | KANSAS GAS SERVICE<br>ATTN: BANKRUPTCY TEAM<br>PO BOX 3535<br>TOPEKA, KS 66601-3535<br>Classified as: UNSECURED | $1,252.82<br><br>Monthly Payment: $0.00<br>UTILITIES | 0.00 | 0.00 |
| 9 | US DEPARTMENT OF EDUCATION<br>PO BOX 530229<br>ATLANTA, GA 30353-0229<br>Classified as: UNSECURED | $5,536.66<br><br>Monthly Payment: $0.00<br>STUDENT LOAN | 0.00 | 0.00 |
| 10 | US DEPARTMENT OF EDUCATION<br>PO BOX 530229<br>ATLANTA, GA 30353-0229<br>Classified as: UNSECURED | $20,739.02<br><br>Monthly Payment: $0.00<br>STUDENT LOAN | 0.00 | 0.00 |
| 11 | MENORAH MEDICAL CENTER<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 1927<br>GREENVILLE, SC 29602<br>Classified as: UNSECURED | $2,622.22<br><br>Monthly Payment: $0.00 | 0.00 | 0.00 |
| 12 | KANSAS DEPARTMENT OF LABOR<br>401 SW TOPEKA BLVD<br>TOPEKA, KS 66603<br>Classified as: SPCL CLASS-UNSECURED | $9,740.08<br><br>Monthly Payment: $0.00<br>UNEMPLOY INS BENEFIT OVERPAY | 0.00 | 100.00 |
| 13 | QUANTUM3 GROUP<br>PO BOX 788<br>KIRKLAND, WA 98083-0788<br>Classified as: UNSECURED | $490.00<br><br>Monthly Payment: $0.00<br>ADVANCE AMERICA | 0.00 | 0.00 |
| 14 | AMERICAN INFOSOURCE DIRECT TV<br>PO BOX 51178<br>LOS ANGELES, CA 90051<br>Classified as: UNSECURED | $795.04<br><br>Monthly Payment: $0.00<br>DIRECTV | 0.00 | 0.00 |

Case#: 15-20523-13        **LISTING OF ALLOWED CLAIMS**

| Claim # | Creditor Name and Address | Claim Amount | Interest Rate | Percent to be Paid |
|---|---|---|---|---|
| 15 | VENTURE FINANCIAL<br>9500 E 63RD ST STE 202<br>RAYTOWN, MO 64133-4951 | $42,516.76 | 0.00 | 0.00 |
| | Classified as: UNSECURED | Monthly Payment: $0.00<br>ST LUKE'S PHY BILLING, NORTHLA | | |
| 16 | OLATHE MEDICAL CENTER<br>% KRAMER & FRANK PC<br>9300 DIELMAN INDUSTRIAL #100<br>ST LOUIS, MO 63132 | $1,914.86 | 0.00 | 0.00 |
| | Classified as: UNSECURED | Monthly Payment: $0.00 | | |
| 17 | MISSOURI DEPARTMENT OF REVENUE<br>PO BOX 475<br>JEFFERSON CITY, MO 65105 | $26.28 | 0.00 | 0.00 |
| | Classified as: UNSECURED | Monthly Payment: $0.00<br>2009/10 INCOME TAX/PENALTIES | | |
| 18 | MISSOURI DEPARTMENT OF REVENUE<br>PO BOX 475<br>JEFFERSON CITY, MO 65105 | $0.00 | 0.00 | 100.00 |
| | Classified as: PRIORITY ESTIMATED TAXES | Monthly Payment: $0.00<br>2011-14 INCOME TAX/AMD TO $0 | | |
| 1001 | KANSAS DEPARTMENT OF REVENUE<br>ATTN: CTE/BANKRUPTCY UNIT<br>PO BOX 12005<br>TOPEKA, KS 66612-2005 | $770.89 | 0.00 | 100.00 |
| | Classified as: NON-PRIORITY/NON-DISCH | Monthly Payment: $0.00<br>2010 INCOME TAX/AMD | | |
| 1003 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | $4,289.32 | 0.00 | 0.00 |
| | Classified as: UNSECURED | Monthly Payment: $0.00<br>2010 INCOME TAX/PENALTIES/AMD | | |
| 1101 | KANSAS DEPARTMENT OF REVENUE<br>ATTN: CTE/BANKRUPTCY UNIT<br>PO BOX 12005<br>TOPEKA, KS 66612-2005 | $210.04 | 0.00 | 0.00 |
| | Classified as: UNSECURED | Monthly Payment: $0.00<br>2009 INCOME TAX/PENALTIES/AMD | | |

| Claim # | Creditor Name and Address | Claim Amount | Interest Rate | Percent to be Paid |
|---------|---------------------------|--------------|---------------|--------------------|
|         | Total: | $144,381.89 | | |

As of the date of this report, we estimate this Plan should run 37 more months. Please be aware that any number of modifications can affect the Plan length and/or the Percent to be Paid, and as such these numbers can change.